GLENS FALLS INDEMNITY COMPANY, Appellant, v. TIFFANY PRODUCTIONS, INC., and Others, Defendants, Impleaded with H. WILLIAM FITELSON, Respondent.— Defendant Fitelson moved at Special Term for summary judgment or for the appointment of a referee to hear and determine. The motion was granted in so far as to appoint a referee to hear and report. Order unanimously reversed, with twenty dollars costs and disbursements and the motion denied. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

HARRY N. DAMON v. WESTERN ELECTRIC CO., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HARLOU, INC., QUINRAL, INC., v. FRANK J. TAYLOR, as Comptroller of the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument, and for a stay, denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

DOROTHY C. EVANS v. WILLIAM C. ENGLISH.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs and stay vacated. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

ESTHER BODNER v. MOLLIE FEIT and Others.— Motion for leave to appeal to the Court of Appeals granted; question certified. [See *ante*, p. 119.] Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

ANTOINETTE GREENWALD v. LENA GREENWALD.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., McAvoy, O'Malley and Cohn, JJ.

LOUISE G. VACCARO, as Administratrix, etc., of MICHAEL VACCARO, Deceased, v. DEBORAH PARRAVACINO, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

FRANK P. JONES v. BALTIMORE INSULAR LINE, INC.— Motion for a reargument and for other relief denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HARDWARE AND PLUMBING SUPPLY CORP. OF WEIL BROS. v. LAWYERS MORTGAGE COMPANY and Another, and FIFTY CENTRAL PARK WEST CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MINNIE K. MARCUS, as Administratrix, etc., of the Estate of MORRIS MARCUS, Deceased, v. NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.

D. A. SCHULTE, INC., v. LOFT, INC., and BLUMCOHA RESTAURANT, INC., and Others.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 781.] Motion for a reargument denied. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

PASQUALE I. SIMONELLI v. THE WESTERN ASSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.